IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
DIV.
2011 JUN 15 PM 12: 55
CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CASE NO.: CR295-06 |
| v. | ) | |
| | ) | |
| RALPH JAMES MERCADO | ) | |

## ORDER

After an independent and *de novo* review, the undersigned concurs with the Magistrate Judge's Reports and Recommendations, to which Objections have been filed. In his Objections, Defendant Ralph Mercado ("Mercado") makes the same assertions as he did in the pleadings presently before the Court, as well as in previously-filed motions.

Mercado's Objections are without merit and are **overruled**. The Magistrate Judge's Reports and Recommendations are adopted as the opinion of the Court. Mercado's Motion (Doc. No. 210) and his petition (Doc. No. 213) are **DISMISSED**.

**SO ORDERED**, this 15 day of June, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA